220 So.2d 457

**Edward B. CADOW, Jr.**

**v.**

**Lars JENSEN, Gertrude Gardner, Inc. and Latter and Blum, Inc.**

**No. 49718.**

March 31, 1969.

In re: Lars Jensen and Latter and Blum, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 218 So.2d 355.

The application is denied. The Judgment complained of is correct.

220 So.2d 457

**Alida Anderson KUEBLER and David W. Kuebler**

**v.**

**Charles C. MIXON et al.**

**No. 49720.**

March 31, 1969.

In re: Charles C. Mixon and Phoenix Insurance Company of Hartford applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 218 So.2d 63; 218 So.2d 66.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.